## Commonwealth ex rel. Shafter *v.* Pelowitz, Appellant.

Argued September 11, 1967. *Lawrence Goldberg,* for appellant; *Herbert L. Ocks,* with him *Herbert K. Fisher,* and *Bloom, Ocks & Fisher,* for appellee.

Order affirmed.

## Commonwealth *v.* Alston, Appellant.

Submitted September 11, 1967. *James Alston,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.